# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| ANTONIO CLARK, ) | |
| ) | |
| Plaintiff, ) | No. 3:23-cv-01085 |
| ) | |
| v. ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE NEWBERN |
| ADAM D. CRUTER, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

| | |
|---|---|
| ANTONIO CLARK, ) | |
| ) | |
| Plaintiff, ) | No. 3:23-cv-01111 |
| ) | |
| v. ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| CENTRAL CRIME SUPPRESSION ) | |
| UNIT, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

| | |
|---|---|
| ANTONIO CLARK, ) | |
| ) | |
| Plaintiff, ) | No. 3:23-cv-01120 |
| ) | |
| v. ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE HOLMES |
| STATE OF TENNESSEE, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

# ORDER

Antonio Clark has filed three overlapping actions that arise from an alleged false arrest on May 27, 2022. *See* Case No. 3:23-cv-1085 (Doc. No. 9); 3:23-cv-1111 (Doc. No. 1); 3:23-cv-1120 (Doc. No. 1). The Court finds that the ends of justice are best served by consolidating these related actions. Accordingly, the Clerk **SHALL** consolidate the above-captioned cases under Case No. 3:23-cv-1085, in which all future filings shall be made, and **CLOSE** cases 3:23-cv-1111 and 3:23-1120 for administrative purposes. Any motions pending in cases 3:23-cv-1111 and 3:23-1120 are **DENIED AS MOOT** and may be re-filed, if appropriate, in the consolidated case.

In the consolidated case (No. 3:23-1085), Plaintiff's Motion to Ascertain (Doc. No. 12) is **GRANTED**. Plaintiff has now submitted a complete in forma pauperis application that demonstrates he does not have sufficient funds to pay the full filing fee in advance. Accordingly, the application (Doc. No. 4) is **GRANTED** and a $350 filing fee is **ASSESSED**. The warden of the facility in which Plaintiff is currently housed, as custodian of his trust account, is **DIRECTED** to submit to the Clerk of Court, as an initial payment, the greater of: (a) 20% of the average monthly deposits to Plaintiff's credit at the jail; or (b) 20% of the average monthly balance to Plaintiff's credit for the six-month period immediately preceding the filing of the Complaint. 28 U.S.C. § 1915(b)(1). Thereafter, the custodian shall submit 20% of Plaintiff's preceding monthly income (or income credited to Plaintiff for the preceding month), but only when the balance in his account exceeds $10. *Id.* § 1915(b)(2). Payments shall continue until the $350 filing fee has been paid in full to the Clerk of Court.[1] *Id.* § 1915(b)(3).

---

[1] The Clerk of Court **SHALL** send a copy of this order to the warden of the facility in which Plaintiff is currently housed to ensure compliance with that portion of 28 U.S.C. § 1915 pertaining to the payment of the filing fee. If Plaintiff is transferred from his present place of confinement, the custodian must ensure that a copy of this order follows Plaintiff to his new place of confinement, for continued compliance with the order. All payments made pursuant to this order must be submitted to the Clerk of Court for the United States District Court for the Middle District of Tennessee, 719 Church Street, Nashville, TN 37203.

Within **30 DAYS** of the date this Order is entered on the docket, Plaintiff **MUST** file, in Case No. 3:23-cv-1085, one consolidated Amended Complaint that identifies all of Plaintiff's legal claims and includes factual allegations sufficient to demonstrate a plausible right to relief. Fed. R. Civ. P. 8(a). Failure to comply or request an extension of time by the deadline will result in dismissal of the consolidated case for failure to prosecute. Fed. R. Civ. P. 41(b). Because the consolidated Amended Complaint will supersede all previously-filed complaints, Plaintiff's pending Motion for Summary Judgment (Case No. 3:23-1085, Doc. No. 13) is **DENIED WITHOUT PREJUDICE**. The Clerk **SHALL** mail Clark a blank Complaint for Violation of Civil Rights (Prisoner) (Pro Se 14).

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE